1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH STANLEY DURAN, III,  )   No. C 09-05128 JW (PR)
                            )
            Plaintiff,       )   ORDER OF DISMISSAL
                            )
    vs.                      )
                            )
                            )
TECORA BERRY, et al.,        )
                            )
            Defendants.      )
                            )
_____ )

        On September 22, 2010, the Court dismissed with leave to amend the instant

action filed under 42 U.S.C. § 1983, on behalf of plaintiff, a state prisoner.  (See Docket

No. 4.)  The action was filed by private individuals PJ Stewart and Alejandra C. Duran

as "private attorney generals."  The Court directed Mr. Stewart and Ms. Duran to file a

pleading showing that they each met the requirements for "next friend" standing in

order to proceed with this action on behalf of plaintiff.  See Whitmore v. Arkansas, 495

U.S. 149, 163-64 (1990).  The Court also directed plaintiff to use the court's form

complaint to file an amended complaint and to provide all the information required

therein with respect to the criminal proceedings he wishes to challenge by way of a §

1983 action.  Lastly, plaintiff was directed to file a complete In Forma Pauperis

Application using the court's form application and to provide the appropriate supporting

records.

Plaintiff was advised that **"[f]ailure to respond in accordance with this order in the time provided will result in the dismissal of this action without prejudice and without further notice to plaintiff"** and that "[f]**ailure to file a complete in forma pauperis application or pay the full filing fee in the time provided may result in the dismissal of this action without prejudice and without further notice to plaintiff."** (Docket No. 4.)  Plaintiff and the other individuals described above were given thirty days to respond to the Court's order, such that a response was due no later than October 22, 2010.  The deadline has long since passed, and plaintiff has failed to respond. Accordingly, this action is DISMISSED without prejudice.

DATED:    January 24, 2011

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

JOSEPH STANLEY DURAN III,

          Plaintiff,

  v.

TECORA BERRY, et al.,

          Defendants.
_____/

Case Number: CV09-05128 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____1/28/2011_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexandra C. Duran
c/o UPSP Store Box 178
1119 So. Mission Road
Fallbrook, CA 92028

PJ Stewart
c/o UPSP Store Box 178
1119 S. Mission Road
Fallbrook, CA 92028

Dated: _____1/28/2011_____

          Richard W. Wieking, Clerk
          /s/ By: Elizabeth Garcia, Deputy Clerk